UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Lower Sioux Indian Community in Minnesota, and
Upper Sioux Community,

Plaintiffs,

**DEFAULT JUDGMENT**

v.

CV 01-1171 JMR/SRN

Howard Eugene Liner,

Defendant.

---

WHEREAS Plaintiffs timely filed and served upon Defendant a motion for default judgment pursuant to Fed. R. Civ. P. 55(b)(2) following entry of default against Defendant Howard Eugene Liner on July 26, 2001. Counsel for Plaintiffs, Allison F. Eklund for Lower Sioux Indian Community in Minnesota and Leif E. Rasmussen for Upper Sioux Community, were present at a hearing on August 24, 2001 and offered evidence to support Plaintiffs' claims against Defendant to recover money Defendant promised to pay Plaintiffs and costs incurred in bringing this action, as well as treble damages amounting to an additional $944,000.00, and attorneys' fees totaling $24,172.25 as provided by the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1964(c) (2000) in connection with Plaintiffs' claim that Defendant falsified federal documents and transmitted them via fax in interstate commerce in furtherance of a scheme or artifice to defraud in violation of 18 U.S.C. § 1343 (2000). Defendant did not respond to Plaintiffs' Motion to Amend Default Judgment, did not attend the hearing, and has not otherwise defended or filed an Answer as required by the Federal Rules of Civil Procedure.

16



FILED AUG 2 4 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD

IT IS ORDERED that default judgment be and is hereby entered against the Defendant Howard Eugene Liner in the amount of $1,440,410.25, of which $320,291.25 is due to Plaintiff Lower Sioux Indian Community in Minnesota, and $1,120,119.00 is due to Plaintiff Upper Sioux Community.

Dated: August 24, 2001

Hon. James M. Rosenbaum
District Court Judge

Judgment prepared by:
Allison F. Eklund (285286)
Attorney for Plaintiff Lower Sioux Indian Community in Minnesota

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500